WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-16-8279-PCT-01-DJH |
|---|---|
| Plaintiff, | **ORDER OF DETENTION** |
| v. | |
| Glenn Christopher Russo, | |
| Defendant. | |

A detention hearing on the Petition on Probation was held on August 7, 2018.

The Court Finds that the Defendant has knowingly, intelligently, and voluntarily waived his right to a preliminary revocation hearing.

The Court Further Finds that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a serious flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

IT IS ORDERED that the Defendant shall be detained pending further order of the court.

Dated this 9th day of August, 2018.

Honorable John Z. Boyle
United States Magistrate Judge